■ In the Matter of the Estate of MANJIT K. GILL, Also Known as MANJIT KAUR GILL, Deceased. HARWANT DOSANJH, Respondent; NARINDER SINGH JAKHER, Appellant. [908 NYS2d 381]—Appeal from an order of the Surrogate's Court, Onondaga County (Ava S. Raphael, S.), entered March 25, 2009. The order denied the motion of respondent to vacate a decree entered July 31, 2008.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Carni, Lindley, Sconiers and Pine, JJ.